UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 97-2240-CIV-MORENO

BRISTOL     HOTEL     MANAGEMENT
CORPORATION, et al.,

     Plaintiffs,

vs.

AETNA CASUALTY & SURETY COMPANY, et
al.,

     Defendants.

_____/

FILED by _____ D.C.

SEP - 8 1998

CARLOS JUENKE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## FINAL JUDGMENT

Pursuant to Fed. R. Civ. P. 58 and the Court's Order of Dismissal, filed on **August 26, 1998**, it is

ADJUDGED that judgment is entered in favor of Defendants, AETNA CASUALTY & SURETY COMPANY, et al., and against Plaintiffs, BRISTOL HOTEL MANAGEMENT CORPORATION, et al. The case, namely the entire complaint, is dismissed with prejudice. Further, it is

ADJUDGED that any pending motions are DENIED as moot.

DONE AND ORDERED in Chambers at Miami, Florida, this ____ day of September, 1998.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

copies provided:
U.S. Magistrate Judge Robert L. Dubé
All counsel listed on the attached service list

## SERVICE LIST

C. OLIVER BURT, III, ESQ.
MICHAEL J. PUCILLO, ESQ.
R. SCOTT PALMER, ESQ.
BURT & PUCILLO
Esperante, Suite 300 East
222 Lakeview Avenue
West Palm Beach, Fl 33401
Tel: 561/835-9400
Fax: 561/835-0322
(Attys for Plaintiffs)

ROBERTO MARTINEZ, ESQ.
Colson, Hicks, Eidson, Colson &
Matthews
First Union Financial Center
200 South Biscayne Boulevard
47th Floor
Miami, FL 33131-2351
Tel: 305/373-5400
Fax: 305/374-4796
(Travelers & Aetna Ins. Companies)

MELVYN I. WEISS, ESQ.
RICHARD H. WEISS, ESQ.
DEBORAH CLARK-WEINTRAUB,
ESQ.
STEPHEN H. SCHWARTZ, ESQ.
Milberg Weiss Bershad Hynes
 & Lerach LLP
One Pennsylvania Plaza, 49th Floor
New York, NY 10119
Tel: 212/594-5300
Fax: 212/868-1229

CHRISTOPHER SEEGER, ESQ.
Weissman & Seeger
575 Lexington Avenue
New York, NY 10022
Tel: 212/750-2828
Fax: 212/750-3315
(Attys for Plaintiffs)

FRED MISKO, JR, ESQ.
CHARLES E. AMES, ESQ.
FRED MISKO, JR. P.C.
3811 Turtle Creek Blvd., 19th Floor
Dallas, Texas 75219
Tel: 214/443-8000
Fax: 214/443-8010

RICHARD L. WILLIAMS, ESQ.
201 So. Biscayne Blvd.
Suite 2300
Miami, FL 33131
Tel: 305/358-0095
Fax: 305/358-0155

MICHAEL C. DODGE, ESQ.
BRIAN CASEY, ESQ.
DODGE & ASSOCIATES, P.C.
One Lincoln Centre
5400 LBJ Freeway, Suite 800
Dallas, Texas 75240
Tel: 972/960-3200
Fax: 972/960-3221

MARTIN L. STEINBERG, ESQ.
Holland & Knight
P.O. Box 015441
Miami, FL 33101-5441
Tel: 305/374-8500
Fax: 305/789-7799
(Cigna Corp.)

195010

RICHARD H. CRITCHLOW, ESQ.
Kenny, Nachwalter, et al.
201 So. Biscayne Boulevard
Suite 1100
Miami, FL 33131-4324
Tel: 305/373-1000
Fax: 305/372-1861
(The Kemper Group)

Steven E.M. Hartz, Esq.
Nina K. Brown, Esq.
Akerman, SEnterfitt & Eidson, P.A.
One Southeast Third Avenue
28th Floor
Miami, Florida 33131
Tel: (305) 374-5600
Fax: (305) 374-5095
(CNA & Liberty Mutual)

THOMAS M. SHEROUSE, ESQ.
Anderson, Moss, Sherouse & Petros, P.A.
New World Tower, Suite 2500
100 No. Biscayne Boulevard
Miami, FL 33132
Tel: 305/358-5171
Fax: 305/358-7470
(The Hartford)

RICHARD M. DUNN, ESQ.
Rubin, Baum, Levin, et al.
2500 S.E. Financial Center
Miami, FL 33131-2336
Tel: 305/374-7580
Fax: 305/374-7593
(Employers Ins. of Wausau)

D. DAVID KELLER, ESQ.
Bunnell, Woulfe, Kirshbaum,
 Keller & McIntyre, P.A.
888 East Las Olas Blvd., Suite 400
P.O. Drawer 030340
Ft. Lauderdale, FL 33303
Tel: 954/761-8600
Fax: 954/525-2134
(Ohio Casualty Ins. Co. a/ka/ The Ohio
Casualty Group, American Fire and
Casualty Co. and West American
Insurance Co.)

MICHAEL L. MCCLUGGAGE, ESQ.
Wildman, Harrold, Allen & Dixon
225 West Wacker Drive
Suite 3000
Chicago, IL 60606-1229
Tel.: 312/201-2000
Fax: 312/201-2555
(CNA Insurance)

2

Scanned Image - 1:97CV2240 Document 226 page 6

CURTIS L. FRISBIE, JR., ESQ.
MARK W. BAYER, ESQ.
RANDY D. GORDON, ESQ.
Gardere & Wynne, L.L.P.
1601 Elm Street
Suite 3000
Dallas, TX 75201
Tel.: 214/999-3000
Fax: 214/999-4667
(AIU Ins Co., American Home Assurance
Co., American Intnl. Group)

ROBERT C. WALTERS, ESQ.
RUSSELL YAGER, ESQ.
BRIAN E. ROBISON, ESQ.
Vinson & Elkins, L.L.P.
2001 Ross Ave.
3700 Trammell Crow Center
Dallas, TX 75201
Tel.: 214/220-7704
Fax: 214/999-7704

ED KAUFMAN, ESQ.
ALAN M. GRUNSPAN, ESQ.
Kaufman, Miller, Dickstein
    & Grunspan, P.A.
First Union Financial Center
Suite 4650
200 S. Biscayne Blvd.
Miami, FL 33131-2354
Tel.: 305/372-5000
Fax: 305/374-3200

FRANCIS ANANIA, ESQ.
DONALD BLACKWELL, ESQ.
Anania, Bandklayder & Blackwell
100 S.E. 2nd Street, Suite 33
Miami, FL 33131
Tel.: 305/373-4900
Fax: 305/373-6914
(Johnson & Higgins)

JAMES R. SAFLEY, ESQ.
Robins, Kaplan, Miller &
    Ciresi L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
Tel.: 612/349-8500
Fax: 612/339-4181

HENDRIK G. MILNE, ESQ.
CRAIG P. KALIL, ESQ.
Aballi, Milne, Kalil & Garrigo, P.A.
1980 Sun Trust International Center
One S.E. Third Avenue
Miami, FL 33131
Tel.: 305/373-6600
Fax: 305/383-7929

3

Scanned Image - 1:97CV2240 Document 226 page 7

ROBERT SCOTT NEWMAN, ESQ.
Marlow, Connell, Valerius,
    Abrams & Adler
Grove Professional Building
Suite 200
2950 Southwest 27th Avenue
Coconut Grove
Miami, FL 33133-3776
Tel.: 305/446-0500
Fax: 305/446-3667

CATHY S. REIMAN, ESQ.
Cummings & Lockwood
P.O. Box 413032
Naples, FL 34101-3032
Tel.: 941/649-3133
Fax: 941/263-0703

MARK HICKS, ESQ.
Hicks & Anderson, P.A.
New World Tower-Suite 2402
100 North Biscayne Boulevard
Miami, FL 33132
Tel.: 305/374-8171
Fax.: 305/372-8038

DANIEL C. BROWN, ESQ.
KENNETH W. DONNELLY, ESQ.
Katz, Kutter, Haigler, Alderman,
    Bryant & Yon
106 East College Avenue
Highpoint Center
Suite 1200
Tallahassee, FL 32301
Tel.: 904/224-9634
Fax: 904/224-0781
(General Accident Ins. Companies)

M. STEPHEN SMITH, ESQ.
JOSHUA D. LERNER, ESQ.
Rumberger, Kirk & Caldwell, P.A.
One Biscayne Tower, Suite 3100
2 So. Biscayne Boulevard
Miami, FL 33131
Tel.: 305/358-5577
Fax.: 305/371-7580

THOMAS E. MANICK, ESQ.
Adorno & Zeder
2601 So.Bayshore Dr.
#1600
Miami, FL.33133
Tel.: 305/860-7055
Fax.: 305/858-4777
(TIG Group)

4

Scanned Image - 1:97CV2240 Document 226 page 8

DAVID S. MANDEL, ESQ.
David S. Mandel, P.A.
2300 Miami Center
201 So. Biscayne Boulevard
Miami, FL 33131-4329
Tel.: 305/374-7776
Fax: 305/374-7776
(American Financial)

BARRY R. BELL, ESQ.
LYMAN G. HUGHES, ESQ.
Carrington, Coleman, Sloman
   & Blumenthal, L.L.P.
200 Crescent Court, Suite
Dallas, TX 75201
Tel.: 214/855-3000
Fax: 214/855-1333
(Cigna Corp.; Bankers Standard Fire and
Marine Co.; Bankers Standard Ins. Co.;
Century Indemnity Co.; Cigna Employers
Ins. Co.; Cigna Fire Underwriters Ins.
Co.; Cigna Ins. Co.; Cigna Property and
Casualty Ins. Co.; Indemnity Ins. Co. of
N.A., Insurance Co. of N.A.; Pacific
Employers Ins. Co.)

BILLY R. McGILL, ESQ.
DAVID MORAN, ESQ.
KEVIN T. CROCKER, ESQ.
Jackson & Walker, LLP
901 Main Street, Suite 6000
Dallas, TX 75202
(Chubb Indemnity Ins. Co., Federal Ins.
Co., Great Northern Ins. Co., Pacific
Indemnity Co. and Vigilant Ins. Co.)

DOUGLAS B. BROWN, ESQ.
Rumberger, Kirk & Caldwell, P.A.
Signature Plaza, Suite 300
201 S. Orange Avenue
Orlando, Florida 32802-7300
Tel.: 407/872-7300
Fax: 407/841-2133
(Coregis Ins. Co.)

DANIEL F. BEASLEY, ESQ.
PATRICK E. GONYA, ESQ.
Fowler, White, et al.
International Place, 17th Floor
100 S.E. Second Street
Miami, Florida 33131
Tel.: 305/789-9200
Fax: 305/789-9201
(Old Republic Group)

GUY C. QUINLAN, ESQ.
GARY R. CARNEY, JR., ESQ.
Rogers & Wells
Two Hundred Park Avenue
New York, New York 10166-0153
Tel.: 212/878-8000
Fax: 212/878-8375
(NCCI)

195010

5

L. LOUIS MRACHEK
Gunster, Yoakley, Valdes-Fauli &
Stewart, P.A.
777 South Flagler Drive
Suite 500 East
West Palm Beach, Florida 33401
Tel.: 561/655-1980
Fax: 561/655-5677
(NCCI)

6

Scanned Image - 1:97CV2240 Document 226 page 16