FILING FEE
PAID No

In Forma
Paupers No

Carlos Juenke, Clerk

NIGHT BOX
FILED

OCT 1 3 1998

CARLOS JUENKE
CLERK, USDC/SDFL/MIA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
SOUTHERN DIVISION

BRISTOL HOTEL ASSET COMPANY, )
et al., )
)  Civil Action No.97-2240-CIV-MORENO
)
Plaintiffs )
)
v. )
)
ALLIANZ INSURANCE COMPANY, )
et al., )
)
Defendants. )

## NOTICE OF APPEAL

Notice is hereby given that Plaintiffs in the above-named case hereby appeal to the United States Court of Appeals for the Eleventh Circuit from the Final Judgment Dismissing the Complaint entered in this action on September 4, 1998 and the Order Denying Plaintiffs' Motion to Reconsider and Amend Judgment, entered in this action on September 18, 1998.

Respectfully submitted,

C. OLIVER BURT, III, ESQ.
Florida Bar No. 0005215
MICHAEL J. PUCILLO, ESQ.
Florida Bar No. 261033
R. SCOTT PALMER, ESQ.
Florida Bar No. 0220353
BURT & PUCILLO, LLP
Esperante, Suite 300 East
222 Lakeview Avenue
West Palm Beach, FL  33401
(561) 835-9400
(561) 835-0322 Fax

MELVYN I. WEISS, ESQ.
RICHARD H. WEISS, ESQ.
DEBORAH CLARK-WEINTRUAB, ESQ.
CLIFFORD S. GOODSTEIN, ESQ.
AZRA Z. MEHDI, ESQ.
**MILBERG WEISS BERSHAD**

**HYNES & LERACH LLP**

One Pennsylvania Plaza
49th Floor
New York, NY  10119
(212) 594-5300
(212) 868-1229 Fax

CHRISTOPHER A. SEEGER, ESQ.
**WEISSMAN & SEEGER**

40 Wall Street
43rd Floor
New York, NY  10022
(212) 584-0700
(212) 584-0799 Fax

FRED MISKO, JR., ESQ.
CHARLES E. AMES, ESQ.
**FRED MISKO, JR., P.C.**

3811 Turtle Creek Blvd.
19th Floor
Dallas, TX  75219
(214) 443-8000
(214) 443-8010 Fax

MICHAEL DODGE, ESQ.
DAVID DODGE, ESQ.
**DODGE FAZIO ANDERSON & JONES**

One Lincoln Centre
5400 LBJ Freeway, Suite 800
Dallas, TX  75240
(972) 960-3200
(972) 960-3221 Fax

**Attorneys for Plaintiffs**

- 2 -

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via U.S. Mail to all counsel on the most recent Service List, this 13th day of October, 1998.

_____
MICHAEL J. PUCILLO

C:\modems\97137CSC.108