

#97-2240-CV-FAM
MAG. RLD

**IN THE UNITED STATES COURT OF APPEALS**

**FOR THE ELEVENTH CIRCUIT**



FILED by [signature] D.C.

AUG 1 3 1999

CARLOS JUENKE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

JUN   9 1999

THOMAS K. KAHN
CLERK

No. 98-5576

BRISTOL HOTEL MANAGEMENT,
BRISTOL HOTEL ASSET COMPANY,

          Plaintiffs-Counter-Defendants-Appellants,


FFE TRANSPORTATION SERVICES, INC.
EL CHICO CORPORATION, ET AL.,

          Plaintiffs-Appellants,

          versus

AETNA CASUALTY & SURETY CO., a.k.a. Aetna Group,
AETNA CASUALTY COMPANY, ET AL.,

          Defendants-Appellees,

BANKERS STANDARD INSURANCE COMPANY,
CENTURY INDEMNITY COMPANY, ET AL.,

          Defendants-Counter-Claimants-Appellees,

AIG GROUP,
BANKERS STANDARD FIRE AND MARINE COMPANY, ET AL.,

          Counter-Claimants-Appellees.

------------------------------
On Appeal from the United States District Court for the
Southern District of Florida
------------------------------

BEFORE:  BIRCH and BARKETT, Circuit Judges.

BY THE COURT:

    Appellants' motion for remand is GRANTED.