**CLOSED
CIVIL
CASE**

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number:  97-2240-CIV-MORENO**

BRISTOL HOTEL ASSET CO. *et al.*,

      Plaintiffs,

vs.

AETNA CASUALTY & SURETY CO. *et al.*,

      Defendants.

_____

TRANSPORTATION  INSURANCE
COMPANY,  CONTINENTAL  CASUALTY
COMPANY  and  TRANSCONTINENTAL
TECHNICAL SERVICES, INC.,

      Counter-Plaintiffs,

vs.

COMMUNITY HEALTH SYSTEMS, INC.,

      Counter-Defendant.

_____/



FILED by _____ D.C.

JUN 3 0 2003

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S. D. OF FLA.

### FINAL ORDER OF DISMISSAL AND
### ORDER DENYING ALL PENDING MOTIONS AS MOOT

THIS CAUSE came before the Court upon the parties' letter of **June 26, 2003**, announcing

settlement of the remaining claims in the above-styled action.  It is

**ADJUDGED** that in light of the parties settling this action all claims between Counter-

Plaintiffs Transportation Insurance Company, Continental Casualty Company and Transcontinental

Technical Services, Inc. and Counter-Defendant Community Health Systems, Inc. are DISMISSED

in accordance with the settlement agreement.  The parties shall have until **July 30, 2003** to file all

documents relating to the settlement.  It is also

**ADJUDGED** that all pending motions are DENIED as moot with leave to refile if appropriate.

DONE AND ORDERED in Chambers at Miami, Florida, this ___ day of June, 2003.

FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

11/26/02 E-Mail Service List

Robert R. Adler, Esq.
Plaintiffs' Liaison Counsel
  Milberg Weiss Bershad Hynes & Lerach, LLP
  5355 Town Center Rd., Ste. 900
  Boca Raton, FL 33486