UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
**Miami Division**

Case Number: 97-2240-CIV-MORENO

2003 JUL 29 PM 3: 40

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA - MIA

BRISTOL HOTEL ASSET CO., *et al.*,

      Plaintiffs,

vs.

AETNA CASUALTY & SURETY CO., *et al.*,

      Defendants.

_____

TRANSPORTATION INSURANCE
COMPANY, CONTINENTAL CASUALTY
COMPANY and TRANSCONTINENTAL
TECHNICAL SERVICES, INC.,

      Counter-Plaintiffs,

vs.

CHS / COMMUNITY HEALTH SYSTEMS, INC.,
(f/k/a COMMUNITY HEALTH SYSTEMS, INC.),

      Plaintiff/Counter-Defendant.

_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Counter-Defendant CHS/Community Health Systems, Inc. (f/k/a Community Health Systems, Inc.) and its affiliates (collectively "CHS") and Defendants/Counter-Plaintiffs Transportation Insurance Company, Continental Casualty Company, and Transcontinental Technical Services and their affiliates (collectively "CNA") give notice to the Court that they have reached

122836\1303.01             1

a settlement of their respective Claims and Counterclaims against each other. All Claims asserted by CHS against CNA in the above-entitled action, and all Counterclaims asserted by CNA against CHS in the above-entitled action, are hereby dismissed with prejudice. The parties' releases are governed by and were entered into pursuant to F.S.A. §768.31 (5). CHS withdraws as a putative named plaintiff in this action. All parties shall bear their own costs and attorney's fees.

Respectfully submitted,

MICHAEL C. DODGE, ESQ.
(*pro hac vice*)
DAVID W. DODGE, ESQ.
(*pro hac vice*)
**DODGE, ANDERSON, JONES,
BEZNEY & GILLMAN, P.C.**
One Lincoln Centre
5400 LBJ Freeway, Ste. 800
Dallas, Texas 75240
972-960-3200
972-960-3221 Fax

ROBERT ADLER
Florida Bar No. 122858
**MILBERG WEISS BERSHAD
HYNES & LERACH, LLP**
The Plaza
5355 Town Center Road
Suite 900
Boca Raton, FL 33486
561-361-5000
561-367-8400 Fax

122836\1303.01                                                    2

MELVYN I. WEISS, ESQ.
RICHARD H. WEISS, ESQ.
DEBORAH CLARK-WEINTRAUB, ESQ.
CLIFFORD S. GOODSTEIN, ESQ.
**MILBERG WEISS BERSHAD**
  **HYNES & LERACH, LLP**
One Pennsylvania Plaza, 49th Floor
New York, NY 10119
212-594-5300
212-868-1229 Fax

CHRISTOPHER A. SEEGER, ESQ.
**SEEGER WEISS LLP**
The Trump Building
40 Wall Street, 43rd Floor
New York, NY 10005
212-584-0700
212-584-0799 Fax

FRED MISKO, JR., ESQ.
CHARLES E. AMES, ESQ.
**FRED MISKO, JR., P.C.**
3811 Turtle Creek Blvd., 19th Floor
Dallas, Texas 75219
214-443-8000
214-443-8010 Fax

**Attorneys for Plaintiff / Counter-Defendant CHS/Community Health Systems, Inc. (f/k/a Community Health Systems, Inc.)**

Michael L. McCluggage, Esq.
R. John Street, Esq.
WILDMAN, HARROLD, ALLEN
 & DIXON
225 West Wacker Drive
Suite 2700
Chicago, Illinois 60606
Phone: (312) 201-3000
Fax: (312) 201-2555

Steven E.M. Hartz, Esq.
Lawrence D. Silverman, Esq.
AKERMAN, SENTERFITT
& EIDSON, P.A.
One Southeast Third Ave.
28th Floor
Miami, Florida 33131-01740

**Attorneys for Defendants / Counter-Plaintiffs
Transportation Insurance Company, Continental
Casualty Company, and Transcontinental Claims
Services, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that, on this 29th of July 2003, I caused a copy of the foregoing Notice of

Voluntary Dismissal with Prejudice to be sent by U.S. Mail to each of the attorneys listed on the

attached service list.

R. John Street

122836\1303.01                                        4