

**CLOSED CIVIL CASE**

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: **97-2240-CIV-MORENO**

BRISTOL HOTEL ASSET CO. *et al.*,

    Plaintiff,

vs.

AETNA CASUALTY & SURETY CO. *et al.*,

    Defendant.

_____/



FILED by ___ D.C.

DEC 2 2 2004

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.

## FINAL ORDER OF DISMISSAL AND ORDER DENYING ALL PENDING MOTIONS AS MOOT

THIS CAUSE came before the Court upon Plaintiff's Response to Order to Show Cause (**D.E. No. 1115**), filed on **December 17, 2004**. It is

**ADJUDGED** that this action is DISMISSED with prejudice, based on the Eleventh Circuit's dismissal of appeal and on the fact that the liquidation proceeding will resolve all claims against Reliance, claims which cannot be prosecuted in this Court. It is also

**ADJUDGED** that all pending motions in this case are DENIED as moot.

DONE AND ORDERED in Chambers at Miami, Florida, this 21 day of December, 2004.

FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

*See* 11/26/02 E-Mail Service List

Robert R. Adler, Esq.
Plaintiffs' Liaison Counsel
  Milberg Weiss Bershad Hynes & Lerach, LLP
  5355 Town Center Rd., Ste. 900
  Boca Raton, FL 33486
Robert L. Fleischman, Esq.
  Friedman Dumas & Springwater LLP
  One Maritime Plaza, Suite 2475
  San Francisco, CA 94111