# United States Court of Appeals
### Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia  30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

February 05, 2007

Clarence  Maddox
Clerk, U.S. District Court
301 N MIAMI AVE STE 150
MIAMI  FL  33128-7788



**Appeal Number: 05-10503-II**
Case Style: Bristol Hotel Mgmt. Corp. v. Aetna Casualty
District Court Number:  97-02240 CV-FAM

The enclosed certified copy of this Court's Order of Dismissal is issued as the mandate of this court.  See 11th Cir. R. 41-4.  Counsel and pro se parties are advised that pursuant to 11th Cir. R. 27-2, "a motion to reconsider, vacate, or modify an order must be filed within 21 days of the entry of such order.  No additional time shall be allowed for mailing."

The district court clerk is requested to acknowledge receipt on the copy of this letter enclosed to the clerk.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Tonya Dumas/lt   (404) 335-6178

Encl.

DIS-4  (3-2005)

## IN THE UNITED STATES COURT OF APPEALS

### FOR THE ELEVENTH CIRCUIT



FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

FEB 0 5 2007

THOMAS K. KAHN
CLERK

05-10503-II

BRISTOL HOTEL MANAGEMENT CORPORATION,
FFE TRANSPORTATION SERVICES, INC.,
ET AL.,

> Plaintiffs-Counter-Defendants-
> Appellants,

ERM GROUP, INC., f.k.a. Environmental
Resources Management, Inc.,
OWENS CORNING CORPORATION, f.k.a.
Owens-Corning Fiberglas Corporation,
ET AL.,

> Plaintiffs-Appellants,

versus

STANDARD FIRE INSURANCE COMPANY,
ALLIANZ INSURANCE COMPANY,
ET AL.,

> Defendants-Appellees,

TRANSPORTATION INSURANCE COMPANY,

> Defendant-Counter-Defendant-
> Counter-Claimant-Appellee,

CONTINENTAL CASUALTY COMPANY, a.k.a.
CNA Insurance Group,

Defendant-Counter-Defendant-
Appellee.

---------------------------

On Appeal from the United States District Court for the
Southern District of Florida

---------------------------

BEFORE:   WILSON and PRYOR, Circuit Judges.

Appellants' agreed motion to dismiss this appeal with prejudice, with each

party bearing its own costs, is GRANTED.[1]

A True Copy - Attested:
Clerk, U.S. Court of Appeals
Eleventh Circuit

By_____
Deputy Clerk
Atlanta, Georgia

---

[1] Although Appellants report that Highlands Insurance Company has not consented to bear its own costs, we note that Highlands Insurance Company is not a party to this appeal.